**FELONY**

# United States District Court

| Southern | District of | United States Courts  Texas |
|---|---|---|

Southern District of Texas
FILED
February 14, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

V

**Juan Antonio CAMACHO-Salazar**

Mexico
A087 774 231    (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-25 ___143___ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **September 13, 2023**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)   1326(a)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Harlingen Police Department on September 13, 2023. The defendant was subsequently arrested on February 13, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on August 27, 2015. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

*Signature of Complainant*

Gicela Flores          Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

February 14, 2025                     at      Brownsville, Texas
*Date*                                        *City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Signature of Judicial Officer*